IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Crim. No. 1:07CR464 |
| v. | ) | |
| | ) | Hon. Liam O'Grady |
| BARRY E. GITARTS, | ) | |
| | ) | Motions Hearing: April 7, 2008, 3:00 p.m. |
| Defendant. | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL**

Since March 14, 2008, when Defendant filed his motion to compel discovery of the three Rule 41 search warrants and applications at issue in this matter, all of the warrants and applications at issue have been unsealed and provided to the Defendant. Accordingly, the Defendant's Motion is now moot. In light of the fact that Defendant's trial date is not until May 20, the Government respectfully submits that Defendant has not been prejudiced.

Respectfully submitted,

Chuck Rosenberg
United States Attorney

By:     /s/
Tyler G. Newby
Attorney for United States
U.S. Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
703-299-3884
Fax: 703-299-3981
tyler.newby2@usdoj.gov

Jay V. Prabhu
Assistant U.S. Attorney

Josh Goldfoot
Special Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to the following:

Jon L. Katz, Esq.
1400 Spring Street, Suite 410
Silver Spring, Maryland 20910
(301) 495-4300
(301) 495-8815 (fax)

jon@markskatz.com

*Counsel for Barry E. Gitarts*

   /s/         
Tyler G. Newby
Attorney for United States
U.S. Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
FAX: 703-299-3981
Email Address: tyler.newby2@usdoj.gov