IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No. 1:07CR464 |
| v.   ) | |
| ) | Hon. Liam O'Grady |
| BARRY E. GITARTS,   ) | |
| ) | Trial: May 20, 2008 |
| Defendant.   ) | |

### GOVERNMENT'S CASE-IN-CHIEF WITNESS LIST

1. Stephen Brannon
2. Greg Frankhouser
3. Robert Galapo
4. Cynthia Landreneau
5. L. Carlos Linares, Jr.
6. John Ohashi
7. Colin Padgett
8. Amanda Rankhorn
9. Anthony Rausa
10. Jacob Stahler

Respectfully submitted,

CHUCK ROSENBERG
United States Attorney

By:      /s/
Jay V. Prabhu
Attorney for United States
U.S. Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
703-299-3842
Fax: 703-299-3981
jay.prabhu@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of May, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to the following:

Jon L. Katz, Esq.
1400 Spring Street, Suite 410
Silver Spring, Maryland 20910
(301) 495-4300
(301) 495-8815 (fax)

jon@markskatz.com

*Counsel for Barry E. Gitarts*

        /s/
Jay V. Prabhu
Attorney for United States
U.S. Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
FAX: 703-299-3981
Email Address: jay.prabhu@usdoj.gov