```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF VIRGINIA
                   (Alexandria Division)
```

**UNITED STATES OF AMERICA**         \*
                                     \*
    v.           \* Criminal No. 1:07cr00464
                                     \*
**BARRY E. GITARTS**                 \*  Judge Liam O'Grady
                                     \*
    Defendant.   \* Sentencing: 9/19/08

### PRAECIPE

TO THE COURT:

As part of Defendant's sentencing hearing, Defendant respectfully submits the attached additional letter in support of Defendant.

The attached letter, from Matthew Clarke, was received subsequent to the filing of Defendant's Sentencing Memorandum yesterday.

                    Respectfully submitted

                    \_\_/s/_____
                    Jonathan L. Katz
                    VA Bar No. #41014
                    Attorney for Defendant Barry Gitarts
                    **JON KATZ, P.C.**
                    8720 Georgia Ave., Suite 703
                    Silver Spring, MD 20910
                    (301) 495-7755
                    Fax: (301) 585-7755
                    jon@katzjustice.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing Defendant's Praecipe was served by the CM/ECF filing system on September 19, 2008, to:

Jay V. Prabhu, Esquire
Tyler Newby, Esquire
Josh Goldfoot, Esquire
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

           __/s/_____

           Jonathan L. Katz