# SENTENCING

Date: 09-19-08  
Judge: O'GRADY  
Reporter: N. Linnell  
Start: 9:36  
End: 11:27

UNITED STATES of AMERICA  
Vs.

Barry E. Gitarts  
Case Number: 1:07CR464

Counsel/Govt: Jay Prabhu / Josh Goldfoot / Tyler Newby   Counsel/Deft: Jonathan Katz

Court adopts PSI ( ✓ ) without exceptions ( ) with exceptions: Deft's motion for new trial and Judgment of Acquittal - denied. Deft's motion for sentence variance pursuant to 3553 - granted. Defendant's objections - SEE OVER→ A variance downward was granted to correct disparity in sentences imposed on other co-conspirators.

### Sentencing Guidelines:
Offense Level: 24  
Criminal History: I  
Imprisonment Range: 51 to 63 months  
Supervised Release Range: 2 to 3 years  
Fine Range: $10,000 to 100,000  
Restitution: $ —  
Special Assessment: $ 100   ( ) Satisfied   ( ) Unsatisfied, due immediately

Court departs from Guidelines pursuant to:  
_____ USSG 5H1.4  
_____ USSG 5K1.1  
_____ USSG 5K2.12  
_____ USSG 5C1.2  
_____ Other: _____

### Judgment of the Court:
BOP for 18 months, with credit for time served  
Supervised Release for 2 Years, with Special Conditions: (✓) Yes ( ) No  
Supervised Probation for ___ Years, with Special Conditions: ( ) Yes ( ) No  
Restitution: $ _____  
Fine: $ 2,500   (✓) Due Immediately   (✓) Monthly Installments of $ 200 to begin after release.  
w/in 30 days of release from custody/imposition of sentence  
( ) Fine/Costs of Supervision Waived

### Special Conditions:
_____ Defendant maintain uniform good behavior.  
_____ Deft. to remain drug free, Submit to In/Out patient treatment or testing as directed.  
_____ Deft. to participate in _____ counseling as directed.  
_____ Access to all financial records.  
_____ No new credit.  
_____ No Purchases over $ _____ without prior approval from probation officer.  
_____ Pay restitution of $ _____ in monthly installments of $ _____ to begin within _____ days from release from custody/imposition of sentence.  
_____ Home Detention with electronic monitoring for the first _____ months of supervised release as directed by the probation officer.  
_____ Cooperate fully with INS.  
✓ Drug Testing waived.  
_____ Other: _____

### Recommendations to BOP:
✓ Deft. to be designated to: a facility close to NYC to be near his family.  
_____ ICC (Boot Camp) type program  
_____ 500 Hours Intensive Drug Treatment Program  
_____ Other: _____

Defendant: ( ) Remanded (✓) Bond Cont'd to Self Surrender ( ) Referred to USPO ( ) Immediate Deportation  
as dir. by P.O.

Deft. notified of right to appeal.

Objections by defendant:
1. History of offense – denied.
2. Marijuana charge – denied.
3. Obstruction of justice – denied.
4. Loss calculation – denied.